EMIL WEILER, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued April 23, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 9, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and denied a motion for a new trial.

*Charles H. Peck* and *Brainerd Tolles* for appellant.

*Nelson Smith* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

HERMANN COHEN, Appellant, *v.* ASA MOREHOUSE et al., Respondents.

(Argued April 24, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 11, 1888, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Edward C. Perkins* for appellant.

*George M. Bush, F. F. Bush* and *J. F. Bradner* for respondents.

Agree to affirm ; no opinion.
All concur, except BROWN, J., not sitting.
Judgment affirmed.